**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ OCT 17 2007 ★

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **EASTERN** DISTRICT OF **NEW YORK** LONG ISLAND OFFICE

UNITED STATES OF AMERICA

V.

ADEL MOHSIN

CRIMINAL NUMBER: 07-419(SJF)

07 CRIM 985

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 26 2007

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, ADEL MOHSIN, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of New York in which I, ADEL MOHSIN, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: October 17   20 7 at 10:00 a.m.

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

Roslynn R. Mauskopf / EAW
Roslynn R. Mauskopf
United States Attorney for the
Eastern District of
New York

Michael J. Garcia / BN
Michael J. Garcia
United States Attorney for the
Southern District of
New York