


**ELLYN I. BANK**
Attorney At Law
225 Broadway, Suite 715
New York, New York 10007

212-385-1800
FAX 212-566-8165

October 29, 2007

*Via First Class US Mail*

Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

**MEMO ENDORSED** *p.2*

Re: *US v. Rolando Valentin et al., 05 Cr. 953 (RMB)*

Dear Judge Berman:

I represent the defendant, Carl Dalmasi, with respect to the above captioned case. I respectfully request an adjournment of the sentence date which is currently scheduled for November 19, 2007. AUSA Reed Brodsky has consented to the request.

The reason for this request is that I still have not received from Jamaica Hospital Mr. Dalmasi's medical records with respect to a severe head trauma and other injuries that Mr. Dalmasi suffered as a teenager in a car accident. A subpoena was mailed on August 27, 2007 (see attached letter and subpoena), however when I recently contacted Jamaica Hospital, they informed me that they had never received the letter or subpoena. After sending them another copy, the hospital claims they do not have any medical records for Carl Dalmasi in their files.

Since Mr. Dalmasi and his family are adamant that he was treated at Jamaica Hospital, I need additional time to discuss this with them and find these records.

It is important to have information concerning Mr. Dalmasi's prior medical conditions because they may require specialized care by the Bureau of Prisons (i.e. Mr. Dalmasi's spleen was surgically removed and he has certain medical problems and treatment as a result).

Lastly, if I receive Mr. Dalmasi's medical records I will need time to review them and to prepare a sentencing submission.

Accordingly, I respectfully request a thirty day adjournment of Mr. Dalmasi's sentence hearing until a date and time that is convenient to the court. I thank Your Honor for your time and attention with this matter.

Respectfully:

*Ellyn Bank*

Ellyn I. Bank
Attorney for Carl Dalmasi

cc:   AUSA Reed Brodsky (via fax 212 637 2387)

> The sentence is adjourned to 12-20-07 at 10:00 am.
>
> SO ORDERED:
> Date: 11-1-07   *Richard M. Berman*
> Richard M. Berman, U.S.D.J.